# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8396 | **DATE** | 4/12/2004 |
| **CASE TITLE** | DIRECTV, INC. vs. ROBERT P. HAUSER | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. The motion to dismiss count III is granted for the reasons advanced by Chief Judge Kocoras in DirecTV v. Delaney, 03 C 3444 (N.D.Ill.2003). Again, we are persuaded by Chief Judge Kocoras' analysis and deny the motion to dismiss count V.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | APR 13 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 12 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | date mailed notice | |
| LG | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIRECTV, INC., )
)
      Plaintiff, )
)
vs. ) No. 03 C 8396
)
ROBERT P. HAUSER, )
)
      Defendant. )

## MEMORANDUM OPINION AND ORDER

Whether or not 18 U.S.C. §2520 provides a private right of action for violations of 18 U.S.C. §2512 has engaged the attention of many courts, with divided results. We are not at all sure it makes much difference. Those finding such a right generally require the plaintiff to first establish a violation of 18 U.S.C. §2511. If that is so, adding in §2512 appears to add nothing more, other than an extra element of proof. Having so noted, however, we do have an obligation to rule on the motion to dismiss count III, and we do so. We grant the motion to dismiss count III for the reasons advanced by Chief Judge Kocoras in DirecTV v. Delaney, 03 C 3444 (N.D.Ill. 2003).

Motions to dismiss conversion claims have also given rise to divided results, although far fewer courts have engaged in that analysis. Again, we are persuaded by Chief Judge Kocoras' analysis and deny the motion to dismiss count V. And we can confidently predict that the issues will be resolved by the Court of Appeals in the not too distant future as the many DirecTV cases wend their way through the courts.

                                                       JAMES B. MORAN
                                                       Senior Judge, U. S. District Court

April 12, 2004.